**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRESPIN RIVERA LEAL,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, et al.,<br>Respondents. | Case No. 5:26-cv-04274-PA-MBK<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Neither Party filed objections to the Report and Recommendation. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that:

(1) Judgment be entered granting the petition for writ of habeas corpus;

(2) a writ of habeas corpus be issued requiring Petitioner Crespin Rivera Leal's (A# 221-462-490) immediate release and preventing his re-

detention absent a hearing at which the Government shows material changed circumstances justifying his detention;

(3) Respondents are to file a status report within three (3) calendar days confirming their compliance with the Court's order; and

(4) dismissing this case with prejudice.

Dated: August 14, 2026

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE