JS_6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRESPIN RIVERA LEAL,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, et al.,<br>Respondents. | Case No. 5:26-cv-04274-PA-MBK<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED and this action is dismissed with prejudice.

Dated: August 14, 2026

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE